*E-FILED*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-4776-GHK (JPRx) | Date | July 16, 2015 |
|---|---|---|---|
| Title | *Beverly Hills Jewelers, Inc. v. Bank of America Corp., et al.* | | |

# JS-6

| Presiding: The Honorable | GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order Remanding Case**

On June 30, 2015, we ordered Defendants Bank of America Corporation and Bank of America, N.A. (collectively "Defendants") to show cause why this matter should not be remanded for lack of subject matter jurisdiction because the amount in controversy does not exceed $75,000 such that we would have diversity jurisdiction. (Dkt. 5.) On July 13, 2015, Defendants filed a response to our OSC arguing that the amount in controversy exceeds $75,000, (Dkt. 7), but on July 14, 2015, Defendants filed a supplemental response stating that the Parties have reached "agreement that the amount in controversy in these proceedings is below $75,000.00 such that remand to state court is now proper." (Dkt. 8.) As Defendants are evidently withdrawing their argument that we have diversity jurisdiction and no other basis for subject matter jurisdiction appears on the face of Plaintiff's Complaint, this action is hereby **REMANDED** to the state court from which it was removed.

     **IT IS SO ORDERED.**

                                                                                    _____ : _____

Initials of Deputy Clerk     AB for Bea